

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Marlene MALDONADO, )<br>)<br>Defendant. )<br>) | Magistrate Case No. '21 MJ4161<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about October 15, 2021, within the Southern District of California, Defendant Marlene MALDONADO, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Severiano GALVEZ-Gomez and Yuridia CALIXTO-Cortez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 18th of October 2021.

HONORABLE KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection Officer (CBP) Luis Meza, declare under penalty of perjury the following to be true and correct:

The complainant states that Severiano GALVEZ-Gomez and Yuridia CALIXTO-Cortez are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 15, 2021 at approximately 8:40 PM., Marlene MALDONADO (Defendant) applied for admission into the U.S. from Tijuana, Baja California, Mexico, at the Otay Mesa, California Port of Entry. Defendant was the driver and sole visible occupant of a red Mitsubishi Eclipse bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant stated she was going to El Monte, California with nothing to declare from Mexico. Defendant stated she was in Mexico visiting and the vehicle belonged to her uncle. The CBP Officer conducted an inspection of the vehicle and discovered people hidden within the housing area of the convertible top. The CBP Officer radioed for assistance and Defendant was escorted to the security office for further disposition. The vehicle was driven to the vehicle secondary lot by CBP Officer's for further inspection.

In secondary, two individuals (male and female) were extracted from the housing well of the convertible top and were escorted to the security office for initial processing. The two individuals were later identified as Severiano GALVEZ-Gomez and Yuridia CALIXTO-Cortez (Material Witnesses) all citizens and nationals of Mexico with no legal documents to enter the United States.

Continued on page 2…

Continuation of Probable Cause:
U.S. vs. Marlene MALDONADO

During an interview with Material Witnesses, Material Witnesses admitted to being citizens of Mexico without legal documents to enter or reside in the United States. The male Material Witness stated he was going to pay a smuggling fee of ten thousand dollars and the female Material Witness was to pay nineteen thousand dollars. Material Witnesses stated their intended destination was California to work in the strawberry fields.

Executed on this 16th day of October, 2021 at San Ysidro Port of Entry at 6:00 AM.

_____
Luis Meza / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) page(s), I find probable cause to believe that the Defendant named therein committed the offense on October 15th, 2021 in violation of Title 8, United States Code, Section 1324.

_____                9:56 AM, Oct 16, 2021
US MAGISTRATE JUDGE                             DATE / TIME
**Karen S. Crawford**

2